## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bruce Edward Hoffman Jr. a/k/a Bruce Edward Hoffman a/k/a Bruce Hoffman a/k/a Burce E. Hoffman, Jr. a/k/a Bruce Hoffman, Jr. a/k/a Bruce E. Hoffman<br>Nikki Lee Hoffman a/k/a Nikki Hoffman a/k/a Nikki L. Hoffman<br>Debtor(s) | BK NO. 22-00845 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

    Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
12 May 2022, 13:57:23, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322