United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 22-00845-MJC

Bruce Edward Hoffman, Jr.                                Chapter 13

Nikki Lee Hoffman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                         Page 1 of 3
Date Rcvd: Jun 14, 2022                  Form ID: ntcnfhrg                     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Bruce Edward Hoffman, Jr., Nikki Lee Hoffman, 111 Murray St, Sayre, PA 18840-2868 |
| 5474170 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5473601 | | Hoffman Bruce Edward Jr, 111 Murray St, Sayre, PA 18840-2868 |
| 5473602 | | Hoffman Nikki Lee, 111 Murray St, Sayre, PA 18840-2868 |
| 5473618 | + | Ingersoll Rand Fcu, 199 Main St, Athens, PA 18810-1729 |
| 5473621 | + | Law Offices of Hayt Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5473622 | | Law Offices of Hayt Hayt & Landau LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 5473603 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5473634 | | Synchrony Lowes Card, 200 Crossing Blvd Ste 101, Bridgewater, NJ 08807-2876 |
| 5473638 | | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 5473639 | | Wf Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 14 2022 18:48:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5473604 | | Email/Text: backoffice@affirm.com | Jun 14 2022 18:50:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5473605 | | Email/Text: backoffice@affirm.com | Jun 14 2022 18:50:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5478394 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 18:48:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5473606 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 18:48:05 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5473607 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 18:48:05 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5473608 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2022 18:50:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5473609 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2022 18:50:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5473610 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2022 18:47:54 | Capital One, AttnL: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5473611 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2022 18:47:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5473612 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2022 18:47:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5476310 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2022 18:47:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 5473613 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2022 18:47:48 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5473614 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2022 18:47:48 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5474169 | | Email/Text: G06041@att.com | Jun 14 2022 18:50:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5473615 | | Email/Text: mrdiscen@discover.com | Jun 14 2022 18:50:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5473616 | | Email/Text: mrdiscen@discover.com | Jun 14 2022 18:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5479325 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 14 2022 18:48:04 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5473617 | | Email/PDF: cbp@onemainfinancial.com | Jun 14 2022 18:48:01 | Household Finance Co/Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5473619 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 14 2022 18:50:00 | Jeffcapsys, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5473620 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2022 18:47:53 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5476717 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 14 2022 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5476448 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2022 18:48:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5473624 | | Email/Text: ml-ebn@missionlane.com | Jun 14 2022 18:50:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5473625 | | Email/Text: ml-ebn@missionlane.com | Jun 14 2022 18:50:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 5473626 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 14 2022 18:47:47 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5473627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 14 2022 18:47:47 | Ollo/tbom, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5476547 | + | Email/PDF: cbp@onemainfinancial.com | Jun 14 2022 18:47:46 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5473628 | | Email/PDF: cbp@onemainfinancial.com | Jun 14 2022 18:47:55 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5473742 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 14 2022 18:47:48 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5473629 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 14 2022 18:50:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5473630 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 14 2022 18:50:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5476148 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 14 2022 18:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5473632 | | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:47:47 | SYNCHRONY AMAZON, 200 Crossing Blvd Ste 101, Bridgewater, NJ 08807-2876 |
| 5473631 | | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:48:04 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5473633 | | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:47:55 | Synchrony Care Credit, 200 Crossing Blvd Ste |

| | | | | |
|---|---|---|---|---|
| | | | | 101, Bridgewater, NJ 08807-2876 |
| 5473635 | | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:47:46 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5473637 | | Email/Text: membersolutions@visionsfcu.org | Jun 14 2022 18:50:00 | Visions Fcu, 24 McKinley Ave, Endicott, NY 13760-5415 |
| 5473636 | | Email/Text: membersolutions@visionsfcu.org | Jun 14 2022 18:50:00 | Visions Fcu, Attn: Bankruptcy, 24 McKinley Ave, Endicott, NY 13760-5415 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5479485 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5476857 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5473623 | *+ | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 16, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Nikki Lee Hoffman MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Bruce Edward Hoffman Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Bruce Edward Hoffman Jr., <br> aka Bruce Hoffman, aka Bruce Edward Hoffman, aka Burce E. Hoffman Jr., aka Burce E. Hoffman, aka Bruce Hoffman Jr., <br><br> **Debtor 1** <br><br> Nikki Lee Hoffman, <br> aka Nikki Hoffman, aka Nikki L. Hoffman, <br><br> **Debtor 2** | Chapter 13 <br><br> Case No. 4:22−bk−00845−MJC |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 21, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court <br> The hearing will be conducted remotely, see the Remote Appearance Guide, on the web site www.pamb.uscourts.gov | Date: July 28, 2022 <br><br> Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570−831−2500/717−901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 14, 2022 |

ntcnfhrg (08/21)